UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE L. DAVIS, | 1:05-cv-00025-REC-SMS-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13) |
| vs. | **ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE MOTION FOR PRELIMINARY INJUNCTION AS PREMATURE** (Doc. 12) |
| R.W. MORROW, et al., | |
|     Defendants. | |

    Plaintiff, Terrence L. Davis ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 3, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

     1.   The Findings and Recommendations, filed October 3, 2005, are ADOPTED IN FULL; and,

     2.   Plaintiff's motion for order to show cause is DENIED, as is the motion for preliminary injunction as PREMATURE.

     IT IS SO ORDERED.

**Dated:  November 21, 2005**               **/s/ Robert E. Coyle**
668554                              UNITED STATES DISTRICT JUDGE