1

2

3

4

5

6

7

8

9

10                                  UNITED STATES DISTRICT COURT

11                                  EASTERN DISTRICT OF CALIFORNIA

12

13    TERRENCE L. DAVIS,                      )        1:05-CV-00025-REC-SMS-P
                                              )
14          Plaintiff,                        )        ORDER GRANTING EXTENSION OF
                                              )        TIME TO FILE AMENDED
15       v.                                   )        COMPLAINT
                                              )
16    R. W. MORROW, et al.,                   )        ORDER DENYING REQUEST FOR
                                              )        COPY OF LOCAL RULES
17                                            )
            Defendants.                       )        (DOCUMENT #21)
18    _____)

19          Plaintiff is former prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

20    1983.  On April 26, 2006, plaintiff submitted a letter to the Clerk in which he requests patience and

21    understanding while he organizes his legal affairs after being released on parole.  The court shall

22    construe plaintiff's letter as a request for an extension of time to file an amended complaint, pursuant

23    to the court's order of April 13, 2006.  Good cause having been presented to the court, an extension of

24    time shall be granted.

25          Also, Plaintiff asks the Clerk to mail him a free copy of the Local Rules.  Plaintiff can obtain a

26    free copy of the Local Rules in person at the Clerk's Office.  To obtain a free copy by mail, plaintiff

27    must submit a written request to the Clerk, along with a large self-addressed envelope affixed with $4.20

28    of prepaid postage.  Plaintiff's request shall be denied without prejudice to renewing the request to the

1   Clerk following proper procedure.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.      Plaintiff is GRANTED thirty days from the date of service of this order in which to file

4                  an amended complaint; and

5          2.      Plaintiff's request for a free copy of the Local Rules by mail is DENIED without

6                  prejudice to renewing the request to the Clerk following proper procedure.

7   IT IS SO ORDERED.

8   **Dated:      May 15, 2006**                          **/s/ Sandra M. Snyder**
    b6edp0                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28